# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,                      Criminal No. 11-14 (1) (RHK/LIB)

          Plaintiff,                                 **ORDER**

vs.

Roy Milburn Caskey, Jr.,

          Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: January 14, 2011

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge